# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RODNEY ROUSSEL, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 2:20-cv-3068 |
| ) | |
| v. ) | Judge: |
| ) | |
| ENTERGY SERVICES, LLC and ) | Magistrate: |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC. ) | Division: |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S COMPLAINT

Plaintiff, RODNEY ROUSSEL ("Plaintiff"), through Plaintiff's attorney, Hair, Shunnarah, Trial Attorneys, LLC, alleges the following against Defendants, ENTERGY SERVICES, LLC ("Entergy") and EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") (jointly "Defendants"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*.

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§ 1331, 1337, 1367, and 15 U.S.C. § 1681p.

3. Jurisdiction of this court arises pursuant to 1681p, which states that such actions may be brought and heard before any appropriate United States district court without regard to the amount in controversy.

4. Venue and personal jurisdiction in this District are proper because Defendants do or transacts business within this District and a material portion of the events at issue occurred in this District.

## PARTIES

5. Plaintiff is a natural person residing in Belle Rose, Louisiana.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. § 1681a(c).

7. Experian is a consumer reporting agency as that term is defined by 15 U.S.C. § 1681a(f).

8. Experian is domiciled in Columbus, Ohio.

9. Entergy is a furnisher of information as contemplated by 15 U.S.C. § 1681s-2(b) that regularly and in the ordinary course of business furnishes information to a consumer credit reporting agency.

10. Entergy is domiciled in New Orleans, Louisiana.

11. Defendants acted through their agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

12. Defendants' agents, employees, officers, members, directors, and representatives were working within the course and scope of their employment when taking the actions stated herein.

## FACTUAL ALLEGATIONS

13. Plaintiff was the victim of identity theft and an Entergy account (the "Account")

was opened in his name.

14. In or around May of 2019, Entergy began furnishing information regarding the Account to Experian.

15. Entergy reported false information as the Account was not his, including a false date the account was opened, false terms, false credit limit or original amount, false recent balance, and a false status.

16. Plaintiff disputed the false information Entergy furnished to Experian with Experian and Entergy.

17. Plaintiff included in the dispute all information necessary to determine the account was fraudulent, including all necessary details and reports, including an identity theft report and police report.

18. Entergy furnished inaccurate information to Experian after notice from Plaintiff that the information was inaccurate.

19. Experian reported inaccurate information on Plaintiff's credit file after notice from Plaintiff that the information was inaccurate.

20. Defendants failed to conduct a proper investigation into their reporting of false information regarding Plaintiff.

21. Defendants failed to correct their reporting of false information regarding Plaintiff.

22. Defendants are familiar with the FCRA.

23. Plaintiff has suffered mental and emotional distress due to Defendants' illegal actions and omissions.

24. Plaintiff has suffered financial and economic losses due to Defendants' illegal actions and omissions.

## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT

25. The preceding paragraphs are incorporated as if fully stated herein.

26. Defendants' actions and omissions constitute numerous and multiple willful, reckless, or negligent violations of 15 U.S.C § 1681s-2

27. Defendants' actions and omissions constitute numerous and multiple willful, reckless, or negligent violations of the FCRA pursuant to 15 U.S.C. §§ 1681n and 1681o.

## JURY DEMAND

28. Plaintiff hereby demands a trial by jury.

## PRAYER FOR RELIEF

Plaintiff respectfully requests that judgment be entered in Plaintiff's favor and against Defendants, including the following relief:

1. An injunction requiring Defendants to cease all collection efforts and credit reporting of the Account.

2. Statutory damages under 15 U.S.C § 1681n.

3. All actual damages suffered by Plaintiff pursuant to 15 U.S.C. § 1681n.

4. All costs and attorney's fees incurred by Plaintiff pursuant to 15 U.S.C. § 1681n.

5. Any punitive damages the Court may allow pursuant to 15 U.S.C. § 1681n(a)(2)

6. Any other relief this Court deems appropriate.

DATED:  November 11, 2020            RESPECTFULLY SUBMITTED,

*/s/ Samuel J. Ford*
Samuel J. Ford, Esq. #36081
Hair Shunnarah Trial Attorneys, LLC
4621 West Napoleon Avenue, Suite 204
Metairie, Louisiana 70001
ford@hairshunnarah.com
T: 504.684.5200, Ext. 5
F: 504.613.6351