# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RODNEY ROUSSEL, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 2:20-cv-3068 |
| ) | |
| v. ) | Judge: Wendy B. Vitter |
| ) | |
| ENTERGY SERVICES, LLC and ) | Magistrate: Janis van Meerveld |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC. ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Rodney Roussell, and Defendant, Experian Information Solutions, Inc., the only remaining defendant in this action, stipulate to dismiss this action with prejudice. Dismissal is appropriate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Submitted: September 15, 2021         RESPECTFULLY SUBMITTED,

/s/ Samuel J. Ford
Samuel J. Ford, Esq., T.A. #36081
Hair Shunnarah Trial Attorneys, LLC
3540 S. I-10 Service Road, W., Ste. 300
Metairie, LA 70001
ford@hairshunnarah.com
Phone: (504) 684-5200
Fax: (504) 613-6351
Attorney for Plaintiff

/s/ Julie M. McCall
Julie M. McCall (La. Bar # 29992)
BUTLER SNOW LLP
445 North Boulevard, Suite 300
Baton Rouge, Louisiana 70802
Telephone: (225) 325-8700
Facsimile: (225) 325-8800
Julie.McCall@butlersnow.com
Attorney for Experian Information Solutions, Inc.

61174783.v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2021, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notification to the participants in the case who are registered CM/ECF users.

*/s/ Julie M. McCall*
Julie M. McCall
